UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alan Woods, | File No. 23-cv-1544 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota Corporate Courts, | |
| Respondent. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on May 30, 2023. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.[1] *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. Petitioner's applications to proceed *in forma pauperis* [ECF Nos. 2, 7] are **DENIED as moot**; and

---

[1] After the Report and Recommendation was filed, the Court received an amended petition [ECF No. 6] and an additional application to proceed *in forma pauperis* [ECF No. 7]. These new filings are not sufficiently different than the originals, and the reasoning of the Report and Recommendation still applies.

3.      This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 13, 2023                            s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court